**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-35605 |
| | ) | |
| John C. and Barbara L. Schwietert | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Hon. A. Benjamin Goldgar |

**NOTICE OF MOTION**

TO:   See Attached Service List

        PLEASE TAKE NOTICE that on **July 17, 2020 at 11:00 a.m.**, I will appear before the Honorable A Benjamin Goldgar or any judge sitting in that judge's place,and present **TRUSTEE'S MOTION FOR AUTHORITY TO ENTER INTO LISTING AGREEMENT AND TO HIRE REAL ESTATE AGENT**,  a copy of which is attached
         **This motion will be presented and heard telephonically.**  No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.Court-Solutions.com or by calling Court Solutions at (917) 746-7476.
        **If you object to this motion** and want it called on the presentment date above, **you must file a Notice of Objection no later than two (2) business days before that date**. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

                                        Ilene F. Goldstein, as Trustee for the
                                        Estate of John C. and Barbara L. Schwietert

                                        By:    /s/Ilene F. Goldstein
                                               One of Her Attorneys

Ilene F. Goldstein
Law Offices of Ilene F. Goldstein, Chartered
900 Skokie Blvd, Suite 128
Northbrook, IL 60062
(847) 562-9595

## CERTIFICATE OF SERVICE

<u>Statement on service list regarding serving docs electronically</u>

I, Ilene F. Goldstein, attorney, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service of the above referenced **Motion for Authority to Enter into Listing Agreement and to Hire Real Estate Agent** on all persons identified as Registrants on the appended service list was accomplished through the Court's Electronic Notice for Registrants, and, as to all other persons on the service list, I caused a copy of the **Motion for Authority to Enter into Listing Agreement and to Hire Real Estate Agent**, to be e-mailed to the address listed, faxed to the number indicated or sent First Class Mail, as indicated, to each such person on the attached service list before the hour of 5:00 p.m. on July 8, 2020.

 /s/ Ilene F. Goldstein
 Ilene F. Goldstein

## SERVICE LIST

**U.S. Trustee**                                      **Via Court's Electronic Notice for Registrants**
Jeffrey L. Gansberg
Office of the U.S. Trustee, Region 11
219 South Dearborn Street
Room 873
Chicago, IL 60604

**Debtor's Counsel**                                  **Via Court's Electronic Notice for Registrants**

David M Siegel
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090

**Debtors**                                           **Via Overnight and First Class Maill**

John C. and Barbara L. Schwietert
21402 Andover Road
Kildeer, IL 60047

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-35605 |
| | ) | |
| John C. and Barbara L. Schwietert | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Hon. A. Benjamin Goldgar |

**MOTION FOR AUTHORITY TO ENTER INTO LISTING AGREEMENT AND TO HIRE REAL ESTATE AGENT**

Ilene F. Goldstein, Trustee of the above-captioned Estate, pursuant to §327(a), of the United States Bankruptcy Code; moves for authorization to hire a real estate agent and to enter into a listing agreement for real property belonging to the Estate located at 2 Calle Ventoso E Lot 803 Santa Fe , New Mexico legally described as Estates VII Unit 803 Las Campanas 1.90AC Santa Fe, New Mexico.. In support of this motion, the Trustee respectfully states as follows:

1.   On December 18, 2020 a voluntary petition under Chapter 7 of the United States Bankruptcy Code was filed in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division.

2.  Ilene F. Goldstein has been appointed as the Chapter 7 Trustee in this matter.

3.  The Estate is the 100% owner of real property having the address of 2

Calle Ventoso E Lot 803 Santa Fe , New Mexico legally described as Estates VII

Unit 803 Las Campanas 1.90AC Santa Fe, New Mexico

4.    The Trustee believes it is in the best interest of the Estate to hire a real

estate agent to effectively market the Property in order to receive the highest sale

price.

5.    The Trustee has contacted Lynn Arnold  of Keller Williams Realty , Santa

Fe New Mexico, to serve as her agents and to list the Property under the following

conditions:

(a)  Trustee will grant  Lynn Arnold and Keller Williams Realty  an

exclusive right to list the Property for a one year term ("Listing

Agreement").Attached as Exhibit A is a Form Listing Agreement required under

New Mexico Law which the Trustee will modify to make subject to Bankruptcy

Court Jurisdiction.

(b)  Trustee agrees to pay Keller Williams Realty to pay a ten (10)

percent commission of the sales price, to the Agent and brokerage house during

the term of the Listing Agreement upon the sale of the Property and after the

purchase price has been tendered to the Trustee.  The commission will be an

administrative expense.

(c)  The Trustee be authorized to extend the listing agreement for an

additional three month period without further order of Court

7.    The Trustee is informed and believes that the commission to be paid to

Keller Williams Realty is either at or below the customary and usual commission for

agents of real estate in the area for vacant land.

8.    To the best of the Trustee's knowledge, information and belief, neither

Lynn Arnold and Keller Williams Realty has any connection with the Debtor, the

Case 19-35605   Doc 23   Filed 07/08/20   Entered 07/08/20 13:22:54   Desc Main
                    Document       Page 5 of 5

creditors, any party in interest or their respective attorneys and accountants except that they were hired by the Debtor pre petition to market this property.  In addition, to the best of the Trustee's information and belief, neither Lynn Arnold and Keller Williams Realty does not hold or represent any interest adverse to the Estate, is not a creditor of the Debtor and is a disinterested person within the meaning of §101(13) of the Bankruptcy Code.  An affidavit executed by Lynn Arnold  in accordance with the provisions of the Bankruptcy Code and Bankruptcy Rule 2014 is attached hereto as Exhibit "B".

9.  The Trustee asks this Court for authority to enter into a listing agreement based upon the terms and conditions set forth herein and to authorize her to hire the real estate professionals.

WHEREFORE, Trustee prays this Court enter an Order:

A.  Authorizing the Trustee to employ Lynn Arnold and Keller Williams Realty as agent pursuant to the terms and conditions set forth above; and to enter into a listing agreement substantially in the form as Exhibit A;

B.  For such other and further relief as this Court deems appropriate.

DATED: July 7, 2020

Respectfully submitted,

Ilene F. Goldstein, as Trustee for the Estate of John C. and Barbara L. Schwietert

By:   /s/ Ilene F. Goldstein

One of Her Attorneys

Ilene F. Goldstein
Law Offices of Ilene F. Goldstein, Chartered
900 Skokie Blvd, Suite 128
Northbrook, IL 60062
(847) 562-9595