# BALLOON PAYMENT PROMISSORY NOTE

$17,000.00                                                          Date: July 28, 2019

For value received, the undersigned John C. Schwietert (the "Borrower"), at 21402 Andover Road, Kildeer, Illinois 60047, promises to pay to the order of Paul Orzech (the "Lender"), at 36115 Quarry Ridge Road, Steamboat Springs, Colorado 80488 (or at such other place as the Lender may designate in writing), the sum of $17,000.00 with no interest.

## I. TERMS OF REPAYMENT

### A. Payments

The unpaid principal shall be payable in annual installments of $0.00, beginning on _12/31/2019_, and continuing until _12/31/2021_, (the "Due Date"), at which time the remaining unpaid principal and interest shall be due in full.

THE BORROWER UNDERSTANDS THAT THE PAYMENT OF THE ABOVE INSTALLMENT PAYMENTS MAY NOT FULLY AMORTIZE THE PRINCIPAL BALANCE OF THE NOTE, AND THEREFORE, A BALLOON PAYMENT MAY BE DUE ON THE DUE DATE.

### B. Application of Payments

All payments on this Note shall be applied first in payment of accrued interest and any remainder in payment of principal.

### C. Acceleration of Debt

If any installment is not paid when due, the remaining unpaid principal balance and accrued interest shall become due immediately at the option of the Lender.

## II. SECURITY

This Note is secured by real estate in a Las Campanas Estates VII Unit 1 Lot #803 Or #2 Calle Ventoso E. Santa Fe NM. The Lender is not required to rely on the above security instrument and the assets secured therein for the payment of this Note in the case of default, but may proceed directly against the Borrower.

## III. PREPAYMENT

The Borrower reserves the right to prepay this Note by making payment in full of the then

remaining unpaid principal and accrued interest.

## IV. COLLECTION COSTS

If any payment obligation under this Note is not paid when due, the Borrower promises to pay all costs of collection, including reasonable attorney fees, whether or not a lawsuit is commenced as part of the collection process.

## V. DEFAULT

If any of the following events of default occur, this Note and any other obligations of the Borrower to the Lender, shall become due immediately, without demand or notice:

1) the failure of the Borrower to pay the principal and any accrued interest when due;

2) the death of the Borrower or Lender;

3) the filing of bankruptcy proceedings involving the Borrower as a Debtor;

4) the application for the appointment of a receiver for the Borrower;

5) the making of a general assignment for the benefit of the Borrower's creditors;

6) the insolvency of the Borrower;

7) a misrepresentation by the Borrower to the Lender for the purpose of obtaining or extending credit.

In addition, the Borrower shall be in default if there is a sale, transfer, assignment, or any other disposition of any real estate pledged as collateral for the payment of this Note, or if there is a default in any security agreement which secures this Note.

## VI. SEVERABILITY

If any one or more of the provisions of this Note are determined to be unenforceable, in whole or in part, for any reason, the remaining provisions shall remain fully operative.

## VII. MISCELLANEOUS

All payments of principal and interest on this Note shall be paid in the legal currency of the United States. The Borrower waives presentment for payment, protest, and notice of protest and demand of this Note.

No delay in enforcing any right of the Lender under this Note, or assignment by Lender of this Note, or failure to accelerate the debt evidenced hereby by reason of default in the payment of a

monthly installment or the acceptance of a past-due installment shall be construed as a waiver of the right of Lender to thereafter insist upon strict compliance with the terms of this Note without notice being given to Borrower. All rights of the Lender under this Note are cumulative and may be exercised concurrently or consecutively at the Lender's option.

## VIII. GOVERNING LAW

This Note shall be construed in accordance with the laws of the State of Colorado.

## IX. SIGNATURES

This Note shall be signed by John C. Schwietert and Paul Orzech.

IN WITNESS WHEREOF, this Agreement has been executed and delivered in the manner prescribed by law as of the date first written above.

Signed this _4th_ day of _December 2019_ at _Barrington, IL_.

Borrower:
John C. Schwietert

By: _/s/ John C. Schwietert_
John C. Schwietert

State of _IL_
County of _Cook_
On this _4th_ day of _December 2019_
before me personally appeared
_John C. Schwietert_
to ... own to be the person who executed the
fo...oing instrument, and acknowledged that he
ex... ted the same as his free act and deed
(notarized)
_/s/_ NOTARY PUBLIC

"OFFICIAL SEAL"
RYAN K OMALLEY
Notary Public - State of Illinois
My Commission Expires November 01, 2022

Lender:
Paul Orzech

By: _/s/ Paul_
Paul Orzech
12-9-19
Steamboat Springs, CO

MEGAN NICOLE METZINGER
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20184034746
MY COMMISSION EXPIRES 08/30/2022

STATE OF COLORADO
COUNTY OF ROUTT

Sworn to (or affirmed) and subscribed before me
this _9th_ day of _Dec_, 20_19_, by _Paul Orzech_

_/s/ Megan Metz_          _Megan Metzinger_
Notary Public's Signature    Notary Name
My Commission Expires on _08/30/2022_

COUNTY OF SANTA FE  )        PROMISSORY NOTE
STATE OF NEW MEXICO )  ss   PAGES: 3
I Hereby Certify That This Instrument Was Filed for
Record On The 26TH Day Of December, 2019 at 02:11:59 PM
And Was Duly Recorded as Instrument # 1905320
Of The Records Of Santa Fe County

Witness My Hand And Seal Of Office
                                    Geraldine Salazar
Deputy _/s/ Christina_____ County Clerk, Santa Fe, NM